# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

April Lynn Harper,

    Plaintiff,

v.                                            Case No. 2:16–cv–690

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

On August 4, 2017, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of April Harper's ("Plaintiff") Complaint in this Social Security case. The R&R recommended sustaining Plaintiff's statement of errors, reversing the decision of the Commissioner of Social Security, and remanding the case to the Commissioner and Administrative Law Judge for further consideration under Sentence Four of § 405(g). R&R 18, ECF No. 20.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 18–19. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of

the District Court. *Id.* at 19. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Plaintiff's statement of errors is **SUSTAINED**, the Commissioner's finding is **REVERSED**, and this case is **REMANDED** to the Commissioner and Administrative Law Judge for further consideration under Sentence Four of § 405(g). The Clerk shall enter final judgment for Plaintiff and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**